Dear Consumer,

Congratulations! You are eligible for a loan modification. The enclosed Loan Modification Agreement reflects the
you. Here are the steps you need to take to accept this offer:

**STEP ONE-** (FOR ESCROWED ACCOUNTS ONLY). Make sure that all DELINQUENT TAXES are
HOMEOWNERS INSURANCE POLICIES are PAID to the renewal date (unless otherwise state
This Agreement <u>WILL NOT</u> be activated until these items are PAID. Please send proof of paym
Agreement. If you have any questions, please contact your Asset Manager, Rob Campbell.

**STEP TWO-** Completion below regarding Homeowner's Insurance is **mandatory** to complete your m

Insurance Company Name _Cumberland Mutual_
Insurance Company Policy Number _____
Insurance Agent Name & Phone Number _____
Has Your Policy been Cancelled? (Active or) Not (circle one): Yes    No
_Policy is active_

**STEP THREE–** COMPLETE AND RETURN THE ENCLOSED AGREEMENT.

- Please return signed and notarized modification along with FEDEX Label provided or mail to:

    Return Address:
    American Mortgage Investment Partners Management, LLC
    ATT: LIZ VELASQUEZ
    3020 Old Ranch Parkway #180
    Seal Beach, CA 90740

Documents must be returned as soon as possible. Agreement expires **14** days from receipt.

**FOUR-** MAKE THE INITIAL/DOWN PAYMENT and COMPLETE THE AUTOMATED PAYMENT FOR

Your FIRST MONTHLY PAYMENT is **$1,154.54** and is due **7/1/2022**. Your first monthly payment m
Cashier's Check or Money Order payable to FCI Lender Services.
Automated Payments (ACH) Form (Recommended)- Starting with your 2nd monthly payment all pay
of your checking account automatically. You may choose any date from the 1st to the 7th of every mo
noted by you ("Consumer") on the Automated Payment Form, your payments will come out on the 1st
form enclosed. **PLEASE NOTE:** Please send ACH form along with Executed Agreement, do not sen

- Please provide Contact info below –

    - Cell phone _551-497-2813_
    - Alternate cell _____
    - Home phone _____
    - Email address _____
    - 2nd email address _____
    - If Adding New Borrower(s) only -
        - Borrower One - Social Security # (SS# and first name) _____
        - Borrower Two- Social Security # (SS# and first name) _____