# GOLDMAN & BESLOW, LLC
### ATTORNEYS AT LAW
**7 GLENWOOD AVENUE**
**SUITE 311B**
**EAST ORANGE, NEW JERSEY 07017**
------------
**TELEPHONE: (973) 677-9000**
**TELEFAX: (973) 675-5886**
------------
*www.nj-bankruptcylaw.com*

**MARK GOLDMAN**
Licensed to practice in New Jersey
and the Southern and Eastern Districts
of New York

**DAVID G. BESLOW**
Licensed to practice in New Jersey
and the Southern and Eastern Districts
of New York

**CATHERINE E. FINNERTY**
Licensed to practice in New Jersey, New York
and the Southern and Eastern Districts
of New York

**HUDSON COUNTY OFFICE**
26 JOURNAL SQUARE
SUITE 603
JERSEY CITY, N.J. 07306
TELEPHONE: (201) 659-6226

**PASSAIC COUNTY OFFICE**
100 HAMILTON PLAZA
SUITE 405
PATERSON, N.J. 07505
TELEPHONE: (973) 247-9445

November 1, 2022

**PLEASE REPLY TO EAST ORANGE**

Honorable Judge Rosemary Gambardella:

Re: Quiana Phillips
Case No.: 22-13619

On October 25, 2022, the debtor emailed the Court regarding her Chapter 13 case which was dismissed by this Court on October 4, based on the debtor's failure to comply with an order entered on September 30, 2022.

In her email she requested that this office to be replaced as the attorney of record. It is our position that since her matter was dismissed, our representation of her ended. This office was in the process of filing a motion to be relieved as counsel at the time of the dismissal. Since we no longer were counsel for the debtor by virtue of the dismissal and her request to be replaced, we will not be filing a response to the debtor's letter.

Upon dismissal of her case we did on October 13, 2022 send a letter to the debtor advising her of the reason for her dismissal and advising her to obtain new counsel. Her property is scheduled for a sheriff's sale on November 15, 2022.

Respectfully submitted

/s/ David G. Beslow, Esq.

DAVID G BESLOW, ESQ

DGB:vj
CC: Quiana Phillips